# United States Bankruptcy Court
### District of Delaware

In re    **Autotac, LLC**                                                                 Case No.    **23-10903**
                                            Debtor(s)                                      Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 6, 2023**                              **/s/ Greg Harvey**
                                                        **Greg Harvey**/**Chief Executive Officer**
                                                        Signer/Title

Advanced Micro Controls, Inc.
20 Gear Drive
Terryville, CT 06786

Alro Steel
34401 Schoolcraft
Livonia, MI 48150

Beyond Componets
720 Welch Rd
Commerce Charter Twp, MI 48390

Carbon Tool & Manufacturing, Inc.
12735 Inkster Rd.
Livonia, MI 48150

CINTAS
P.O. BOX 631025
Cincinnati, OH 45263-1025

D&S Express
PO Box 51
Wakefield, RI 02880

Edon Controls
2891 Industrial Row
Troy, MI 48084

Galco Industrial Electronics
26010 Pinehurst
Madison Heights, MI 48071

Galloup
PO BOX 671121
DETROIT, MI 48267-1121

GSL Supply
689 Nordquist
Cedarville, MI 49719

HH Barnum
7915 Lochlin Dr
Brighton, MI 48116

HM WHITE
12855 Burt Rd
Detroit, MI 48223

Huston Electic, Inc.
1915 E. North Street
Kokomo, IN 46901

Huston Poweing Innovation
1915 E. North Street
Kokomo, IN 46901

IGUS INC
P.O. BOX 14349
East Providence, RI 02914

Indicon Corporation
6125 Center Drive
Sterling Heights, MI 48312

InterClean Equipment, LLC
709 James L Hart Prkway
Ypsilanti, MI 48197

Keyence Corp of America
Dept CH 17128
Palatine, IL 60055

Klassen Custom Fab. Inc.
5140 Ure St
Canada
Oldcastle, ON NOR 1L0

Kriewall Enterprises Inc.
140 Shafer Dr.
Romeo, MI 48065

McMaster-Carr
PO BOX 7690
Chicago, IL 60680

McNaughton-McKay
Dept 14801
PO BOX 67000
Detroit, MI 48267

HM WHITE
12855 Burt Rd
Detroit, MI 48223

Huston Electic, Inc.
1915 E. North Street
Kokomo, IN 46901

Huston Poweing Innovation
1915 E. North Street
Kokomo, IN 46901

IGUS INC
P.O. BOX 14349
East Providence, RI 02914

Indicon Corporation
6125 Center Drive
Sterling Heights, MI 48312

InterClean Equipment, LLC
709 James L Hart Prkway
Ypsilanti, MI 48197

Keyence Corp of America
Dept CH 17128
Palatine, IL 60055

Klassen Custom Fab. Inc.
5140 Ure St
Canada
Oldcastle, ON NOR 1L0

Kriewall Enterprises Inc.
140 Shafer Dr.
Romeo, MI 48065

McMaster-Carr
PO BOX 7690
Chicago, IL 60680

McNaughton-McKay
Dept 14801
PO BOX 67000
Detroit, MI 48267

Millenium Mold
35225 Automation Dr.
Clinton Twp., MI 48035

Morrell LLC
PO BOX 74007387
Chicago, IL 60674-7387

Motor City Industrial
1600 E. Ten Mile Rd
PO BOX 219
Hazel Park, MI 48030

Newjac Industrial
415 South Grant Street
Lebanon, IN 46052

Northstar Bank
2800 S State St. #110 Ann
Ann Arbor, MI 48104

NovaFlex Group
99646 Collection Center Dr
Chicago, IL 60693

Oakland Automation, LLC
13017 Newburgh Road
Livonia, MI 48150

Oakland Industries, LLC
13017 Newburgh Rd.
Livonia, MI 48150

ODP BUSINESS SOLUTIONS
PO BOX 633301
CINCINNATI, OH 45263-3301

Pepperl+Fuchs, Inc
PO BOX1041
NEW YORK, NY 10268-1041

Prism Technologies
25555 Glendale
Redford Charter Twp., MI 48239

Progressive Control Solutions
550 Stephenson Hwy
Suite 330
Troy, MI 48083

RS Americas, Inc
Dallas Lockbox
PO BOX 841811
Dallas, TX 75284

Saginaw Controls & Engineering
11122 Sunshine Drive
Saginaw, MI 48609

Santa Clara Systems
2060 N Loop Road
Alameda, CA 94502-8012

Schuman Feathers, INC
20141 NE 16th PL
Miami, FL 33179

Shaltz Automation
5190 Exchange Drive
Flint, MI 48507

Shambaugh & Son, LP
PO BOX 1287
Fort Wayne, IN 46801

Simco
P.O. BOX 95679
CHICAGO, IL 60694

Thomson
3606 Collections Center Dr
Chicago, IL 60693

Triad technologies, LLC
985 Falls Creek Dr.
Vandalia, OH 45377

Troy Laser & Fab LLC
23720 Dequindre Rd.
Warren, MI 48091

Twin City Fanand Blower Co.
5959 Trenton Lane N
Plymouth, MN 55442

Uline
Attn: Accounts Receivable
PO BOX 88741
Chicago, IL 60680

Universal Overall Company
1060 W Van Buren St
Chicago, IL 60607

UPS
PO BOX 809488
Chicago, IL 60680-9488

USF Holland Inc.
27052 Network place
Chicago, IL 60673-1270

Vero Business Capital, LLC
PO BOX 51
Wakefield, RI 02880

Wandres Micro-Cleaning
719 W. Ellsworth Rd., Ste. 7
Ann Arbor, MI 48108

WC Ducomb Company, Inc
5700 Mt. Elliot
Detroit, MI 48211

Yukon Machine Tool, Inc.
41907 Irwin
Harrison Twp., MI 48045